478 A.2d 94

Commonwealth v. Green, Appellant.

Argued March 21, 1984. Robert B. Manchester, for appellant; Robert A. Mix, District Attorney, for appellee.

Before SPAETH, President Judge, and BECK and TAMILIA, JJ.

Judgment of sentence affirmed.

478 A.2d 94

Commonwealth v. Hayes, Appellant.

Argued February 7, 1984. Thomas A. Livingston, for appellant; Kemal A. Mericli, Assistant District Attorney, for appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

We reverse judgment of sentence and order a new trial.